JS6

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
LYNN HARADA, CSBN 267616
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4820
Email: lynn.harada@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

QUINIATA Y. JOHNSON,
          Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,
          Defendant.

) Case No. 2:26-cv-01603-MAR
)
)
) [~~PROPOSED~~] JUDGMENT OF
) REMAND
)
)
)
)
)
)

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

///

-1-

above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulati n t  R man .

DATED:  6/23/26

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE