UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

QUINIATA JOHNSON

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,

Defendant.

Case No. 2:26-cv-01603-MAR

ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Expenses, IT IS ORDERED, that fees in the amount of Six Thousand Two Hundred and Twelve Dollars and Nine Cents ($6,212.09) and zero dollars ($0) in costs as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED: 8/03/26

HON. MARGO A. ROCCONI
U.S. MAGISTRATE JUDGE